Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Alexandria Division

| | | |
|---|---|---|
| MEREDITH ANNE WATSON MEYERS | ) | Case No. 1:24 CV 2056 |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☐ Yes ☒ No |
| -v- | ) | |
| | ) | |
| | ) | |
| | ) | |
| CGI TECHNOLOGIES AND SOLUTIONS INC | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

####    A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Meredith Anne Watson Meyers |
| Street Address | 4037 White Birch Way |
| City and County | Orlando, Orange |
| State and Zip Code | Florida, 32817 |
| Telephone Number | 276-254-0174 |
| E-mail Address | meredithannewmeyers@gmail.com |

####    B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known).*  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | CGI Technologies and Solutions, Inc |
| Job or Title *(if known)* | |
| Street Address | 11325 Random Hills Road, Suite 800 |
| City and County | Fairfax, Fairfax |
| State and Zip Code | Virginia, 22030 |
| Telephone Number | 703-267-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

⊠ Federal question          ⊠ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of The Civil Rights Act of 1964, as amended and Age discrimination in Employment Act of 1967, as amended.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Meredith Anne Watson Meyers , is a citizen of the State of *(name)* Florida .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ .

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.      If the defendant is a corporation

The defendant, *(name)*    CGI Technologies and Solutions, Inc   , is incorporated under the laws of the State of *(name)*    Virginia    , and has its principal place of business in the State of *(name)*   Virginia   .

Or is incorporated under the laws of *(foreign nation)*       ,

and has its principal place of business in *(name)*      .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

164,000 was my annual salary at CGI and I am requesting that because I was terminated due to fabrications over an attack/assault from an assailant that works at CGI.

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

On February 9, 2024, Christopher Lee Douglas, the CGI Lafayette Social Club Committee chair and event planner, assaulted me at a CGI Mardi Gras Ball event in Broussard, LA. There was a confrontation where Mr. Douglas pressed me backward and pinned me to a chair while screaming at me. In the end, he walked toward me, raised his arm, bent it, and shoved his elbow into my chest, pressing into my right shoulder and rotating up to push into my neck and then over to my left shoulder.

To protect his job, he lied to HR and enlisted others to cover for him. I was terminated from my job, even though I emailed HR the night of the incident and said that Mr. Douglas jabbed me in the shoulder and rotated around to my other shoulder. I did not press the detail that he gouged me in the neck, as I wanted to protect his position and not risk his employment.

CGI fired me on March 7, 2024, due to the fabrications shared by Mr. Douglas and other CGI and non-CGI witnesses; I do not know how many or their identities. Understanding what happened earlier in the year is essential to understand why CGI would ignore my account of the night's incident.

I decided to work/commute between Orlando and Lafayette, LA, to support my family and communicated that to my leadership, who approved it, but someone changed their mind. The leadership tried to encourage me to change my residency and strip me of my role and influence in Lafayette, LA. I reported the gaslighting and disrespectful treatment to HR. I named several VPs, but one's name was kept out of the report: William LaBar, who is the VP and lead in Lafayette, LA.

When I confronted Will about my concerns about his 7+ years of disrespectful treatment toward Diane in December 2023, after finding out Diane Potter was being let go, almost instantly, Anne Sullivan, the HRBP who signed my termination letter, reached out to me. She wanted to be sure I had someone to talk to about my concerns.

At that moment, I knew something was happening because it was unusual for Anne Sullivan to reach out to me; she was not my assigned HRBP. I read the closeout letter from HR I received on October 24, 2023, nearly four months after my original complaint on June 30, 2023. William LaBar's name was not in it, even though the toxicity he created was a primary concern of mine. Anne Sullivan supervised that HR investigation. The HRBP who signed the closeout memo reported to Anne Sullivan and surprisingly moved to a new BU in January 2024. Anne Sullivan purposefully kept William LaBar's name out of the HR report to protect him.

I do not doubt that CGI leaders were working to keep me out of Lafayette, LA — William LaBar announced in an all-hands that my last day in the Lafayette office was May 25, 2023. The day before, colleagues threw me a surprise going away party which I was coerced into attending, even though I had no plans of leaving and switching exclusively to remote work. Anyone who knows me knows I am an onsite, in-the-office daily employee. Leaders wanted to give the impression that I was leaving the team because they aimed to squeeze me out in a power-play move.

This attack and assault gave William LaBar and the other leaders in the US East, whom I reported to HR, an excuse to fire me, strip my credibility, and ensure I never came back to CGI in Lafayette, LA.

Video clip where I discuss the assault:
https://lnkd.in/ehTeFXB4 via YouTube

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for one year's salary, $164,000 and to change the termination from involuntary to voluntary. In lieu of the $164,000 payment, I would return to work at CGI, but in a different BU than Onshore Delivery or the US East.

I was fired under pretext, did not receive any severance and my CGI shares were liquidated after 90 days.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:             11/13/2024

Signature of Plaintiff        Meredith Anne Watson Meyers

Printed Name of Plaintiff     Meredith Anne Watson Meyers

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code

Telephone Number

E-mail Address